## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor V. Pohorelsky   **DATE:** 11/4/15

**DOCKET NUMBER:** 14CR399(ENV)   **LOG #:** 3:13 — 4:42

**DEFENDANT'S NAME:** Michael Morris
✓ Present ___ Not Present   ✓ Custody ___ Bail

**DEFENSE COUNSEL:** Miranda Fritz / Eli Richlin
___ Federal Defender ___ CJA   ✓ Retained

**A.U.S.A:** Shannon Jones + Patrick Hein   **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

✓ Defendant was released on **$1 million** PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

**2** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

✓ Order of Speedy Trial entered. Code Type___ Start 11/4/15 Stop 11/20/15

✓ Defendant's first appearance. ✓ Defendant arraigned on the superseding indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

✓ Status conference set for 11/20/15 @ 11:00 before Judge Vitaliano

**OTHERS:**