

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2017

<u>By FedEx</u>

| | |
|---|---|
| Charles A. Ross, Esq.<br>Trinity Centre<br>111 Broadway, Suite 1401<br>New York, NY 10006 | David Usher Gourevitch, Esq.<br>950 Third Avenue<br>32nd Fl.<br>New York, NY 10022 |
| Amy Walsh, Esq.<br>Morvillo LLP<br>200 Liberty Street, 27th Floor<br>New York, NY 10281 | Roland G. Riopelle<br>Sercarz & Riopelle LLP<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019 |
| Christopher Bruno<br>Bruno & Degenhardt<br>10615 Judicial Drive, Suite 703<br>Fairfax, VA 22030 | Maranda E. Fritz, Esq.<br>Thompson Hine LLP<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017 |

Re:  United States v. Discala, et al.
     <u>Criminal Docket No. 14-399 (S-1) (ENV)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

Please find enclosed records obtained by search warrant related to email addresses "ishapiro@codesmartgroup.com", "sfraney@codesmartgroup.com," "fkallert@codesmartgroup.com" and "rpatterson@codesm~rtgroup.com" obtained from GoDaddy.com, LLC (GD-000001 to GD-000208 and DOJ-CS-000000001 to DOJ-CS-000024180).

Defense Counsel
August 3, 2017
Page 2

        If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:     /s/
        Shannon C. Jones
        Patrick Hein
        Assistant U.S. Attorneys
        (718) 254-6379 (Jones)

Cc:     Clerk of Court (ENV) (by ECF w/o attachments)