# Exhibit A

**From:** Craig Josephberg <josephberg@halcyoncabot.com>
**To:** Abraxas Discala <adiscala@omniviewcap.com>, Marleen Goepel<MGoepel@omniviewcap.com>
**Cc:** Jamie Sloan <sloan@halcyoncabot.com>
**Received(Date):** Tue, 6 Aug 2013 12:23:55 -0500
**Subject:** FW: Halcyon Cash Money Due Log 8/6
image001.jpg
Halcyon Cabot - cash money due sellout.xls

Please look at below emails

I would work on getting $220k for Discala account or I would have to take extensions

Just giving a heads up

Thanks

Thank You,

Craig Josephberg

SVP - Global Equity Capital Markets

Halcyon Cabot Partners, Ltd.

405 Lexington Avenue, Suite 714

New York, New York 10174

Tel: 212-808-8000 Ext. 201

Tel: 646-395-7121 - Direct

Cell: 917-327-8411

Fax: 212-808-8001

josephberg@halcyoncabot.com


Notice Regarding Privacy and Confidentiality:

Halcyon Cabot Partners, Ltd. reserves the right to monitor and review the content of all e-mail communications sent and/or received by its employees.

This material has been prepared for informational purposes only. While it is based on information generally available to the public from sources we believe to be reliable, no representation is made that the subject information is accurate or complete. Past performance is not a guarantee nor does it necessarily serve as an indicator of future results. Price and availability are subject to change without notice. Additional information is available upon request.

Since Halcyon Cabot Partners, Ltd. is not a tax advisor, transactions requiring tax consideration should be reviewed carefully with your tax advisor. Similarly, Halcyon Cabot Partners, Ltd. is not a law firm and provides no legal opinions or legal advice.

**From:** Lisa Marie Morales
**Sent:** Tuesday, August 06, 2013 9:23 AM
**To:** Craig Josephberg; Jamie Sloan
**Cc:** Ronald Heineman; Michael Morris
**Subject:** FW: Halcyon Cash Money Due Log 8/6

**SELL OUT TOMORROW - Unless money is recd today, sufficient securities must be sold on market opening tomorrow - acct will be restricted for 90 days for nonpayment**

| REP# | ACCT # | NAME | AMT DUE | PURCHASE |
|---|---|---|---|---|
| HY15 | 4813 | Discala | $115,114.37 | REGT EXT DUE 8/6 - 13795 ITEN<br>1st Extension - Contacting Client |

## MONEY DUE TODAY - REGT
**Please respond by 3:00pm today if an extension will be needed.**

If money is not received by business close today acct will need to be sold out at business open tomorrow and acct will be restricted for 90 days.

| REP# | ACCT# | NAME | AMT DUE | PURCHASE |
|---|---|---|---|---|
| HY05 | 7928 | Molinsky | $3,558.27 | 3600 ITEN |
| HY05 | 3507 | Goepel | $602,461.50 | 500,000 SOUL |
| HY05 | 7544 | Fidelis Holding LLC | $728,091.46 | 529,116 SOUL |

## MONEY DUE TOMORROW

The following items will be due tomorrow. No action is required on this portion today, this is just a courtesy reminder for you.

| REP# | ACCT# | NAME | AMT DUE | PURCHASE |
|---|---|---|---|---|
| HY05 | 1695 | Discala | $220,940.01 | 37800 ITEN |
| HY05 | 3507 | Goepel | $690,326.86 | 495300 SOUL |

**From:** Margins [mailto:margins@corclearing.com]
**Sent:** Tuesday, August 06, 2013 9:00 AM

**To:** Jessica Velazquez; Lisa Marie Morales; clearing; Michael Segal; Ronald Heineman
**Cc:** Margins
**Subject:** Halcyon Cash Money Due Log 8/6

Thanks,

**Paul Keller**

*Margin Manager*

T  866-775-0218 | [COR Clearing LLC](#)

9300 Underwood Avenue, Suite 400

Omaha, NE 68114



DISCLAIMER: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of COR Clearing LLC. COR Clearing LLC reserves the right to monitor all electronic correspondence. Member FINRA, SIPC.  --

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1432 / Virus Database: 3209/6055 - Release Date: 08/06/13