# Exhibit B

**From:** Craig Josephberg <josephberg@halcyoncabot.com>
**To:** Marleen Goepel <MGoepel@omniviewcap.com>, Abraxas Discala<adiscala@omniviewcap.com>
**Received(Date):** Fri, 16 Aug 2013 09:16:29 -0500
**Subject:** FW: $728,000.00 Re-deposited Chk

Thank You,

Craig Josephberg

SVP - Global Equity Capital Markets

Halcyon Cabot Partners, Ltd.

405 Lexington Avenue, Suite 714

New York, New York 10174

Tel: 212-808-8000 Ext. 201

Tel: 646-395-7121 - Direct

Cell: 917-327-8411

Fax: 212-808-8001

josephberg@halcyoncabot.com


Notice Regarding Privacy and Confidentiality:
Halcyon Cabot Partners, Ltd. reserves the right to monitor and review the content of all e-mail communications sent and/or received by its employees.
This material has been prepared for informational purposes only. While it is based on information generally available to the public from sources we believe to be reliable, no representation is made that the subject information is accurate or complete. Past performance is not a guarantee nor does it necessarily serve as an indicator of future results. Price and availability are subject to change without notice. Additional information is available upon request.
Since Halcyon Cabot Partners, Ltd. is not a tax advisor, transactions requiring tax consideration should be reviewed carefully with your tax advisor. Similarly, Halcyon Cabot Partners, Ltd. is not a law firm and provides no legal opinions or legal advice.


**From:** Jessica Velazquez
**Sent:** Friday, August 16, 2013 10:15 AM
**To:** Craig Josephberg; Jamie Sloan

**Cc:** Michael Morris; Ronald Heineman; Lisa Marie Morales
**Subject:** FW: $728,000.00 Re-deposited Chk
**Importance:** High

Check bounced from Fidelis Holdings LLC

COR is redepositing

**Please confirm with client that funds are GOOD**

**From:** Cash Management [mailto:cashmanagement@corclearing.com]
**Sent:** Friday, August 16, 2013 10:09 AM
**To:** Margins; Jessica Velazquez; Ronald Heineman
**Cc:** Cash Management
**Subject:** $728,000.00 Re-deposited Chk

| | |
|---|---|
| Amount: | $728,000.00 |
| Account: | ■■■544 -1 |
| Reason: | 1st x NSF |

These funds are not being debited from the customer's account, as this check is being re-deposited.

Thank you

**CORY STODOLA**

*Treasury/ Cash Management Specialist*

T  402-384-2043 | COR Clearing LLC

9300 Underwood Avenue, Suite 400

Omaha, NE 68114

DISCLAIMER: This email, including attachments, may include non-public, proprietary, confidential or

legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of COR Clearing LLC. COR Clearing LLC reserves the right to monitor all electronic correspondence. Member FINRA, SIPC.  --

Case 1:14-cr-00399-ENV   Document 351-2   Filed 09/15/17   Page 4 of 4 PageID #: 1762