# Exhibit C

**From:** Craig Josephberg <josephberg@halcyoncabot.com>
**To:** Marleen Goepel <MGoepel@omniviewcap.com>, Abraxas Discala<adiscala@omniviewcap.com>
**Received(Date):** Fri, 16 Aug 2013 09:21:03 -0500
**Subject:** FW: Halcyon issues
image001.jpg

Thank You,

Craig Josephberg

SVP - Global Equity Capital Markets

Halcyon Cabot Partners, Ltd.

405 Lexington Avenue, Suite 714

New York, New York 10174

Tel: 212-808-8000 Ext. 201

Tel: 646-395-7121 - Direct

Cell: 917-327-8411

Fax: 212-808-8001

josephberg@halcyoncabot.com


Notice Regarding Privacy and Confidentiality:
Halcyon Cabot Partners, Ltd. reserves the right to monitor and review the content of all e-mail communications sent and/or received by its employees.
This material has been prepared for informational purposes only. While it is based on information generally available to the public from sources we believe to be reliable, no representation is made that the subject information is accurate or complete. Past performance is not a guarantee nor does it necessarily serve as an indicator of future results. Price and availability are subject to change without notice. Additional information is available upon request.
Since Halcyon Cabot Partners, Ltd. is not a tax advisor, transactions requiring tax consideration should be reviewed carefully with your tax advisor. Similarly, Halcyon Cabot Partners, Ltd. is not a law firm and provides no legal opinions or legal advice.


**From:** Jessica Velazquez
**Sent:** Friday, August 16, 2013 10:18 AM

**To:** Craig Josephberg; Jamie Sloan
**Cc:** Michael Morris; Ronald Heineman; Lisa Marie Morales; Monica Difiore
**Subject:** FW: Halcyon issues
**Importance:** High

**From:** Margins [mailto:margins@corclearing.com]
**Sent:** Friday, August 16, 2013 10:17 AM
**To:** Jessica Velazquez; Lisa Marie Morales; clearing; Michael Segal; Ronald Heineman
**Cc:** Margins; Roy DiMaria; Colette Rex
**Subject:** Halcyon issues

Just to re-iterate the account restrictions that have taken place over the last couple days:

Acct ▇▇1695 – was denied an extension due to already having 5 within a year, so the account sold out and was restricted for 90 days

Acct ▇▇1377 – didn't pay for the Soul & Vibe trades and sold the stock and is restricted for 90 days

Acct ▇▇4813 – didn't pay for the Soul & Vibe trades and sold the stock and is restricted for 90 days, the account also booked a sale for SOULD as next day settling 8/16, but part of the buy shares of this stock does not settle until 8/19.  You can't do early settlement on stock that you don't own yet.

Please note that this means you can not buy without having money in the account, so if you need to let your market markers know to remove any buy sides for your give-up, please do so.

**Also, in talking with Craig/Mike/Ron we were supposed to be getting in a check of about $1.some million yesterday for all of these accounts, in which we called Craig yesterday and he is assuring us that it will be here today.  Please let us know when the money arrives.**

Thanks,

**Paul Keller**

*Margin Manager*

T  866-775-0218 | **COR Clearing LLC**

9300 Underwood Avenue, Suite 400

Omaha, NE 68114

