# Exhibit D

## Hart, Patricia

| | |
|---|---|
| From: | Ronald Heineman <heineman@halcyoncabot.com> |
| Sent: | Monday, August 26, 2013 9:08 AM |
| To: | Craig Josephberg |
| Subject: | Re: HCBD Equity Trade Breaks - t/d 8/22/13 |
| Categories: | To be produced |

Until I come in ask the guy(name) in your room to answer phones

Sent from my IPhone

On Aug 26, 2013, at 9:06 AM, "Craig Josephberg" <josephberg@halcyoncabot.com> wrote:

> These trade breaks happen every day and fix themselves
>
> Who is helping me with Jamie duties this week as I am trying not to incur big issues
>
> This trade will be booked today but its good to see you are top of things
>
> Thanks
>
> I NEED HELP this week please (not just Weber)
>
>
> Thank You,
> Craig Josephberg
> SVP - Global Equity Capital Markets
> Halcyon Cabot Partners, Ltd.
> 405 Lexington Avenue, Suite 714
> New York, New York 10174
> Tel: 212-808-8000 Ext. 201
> Tel: 646-395-7121 - Direct
> Cell: 917-327-8411
> Fax: 212-808-8001
> josephberg@halcyoncabot.com
>
> Notice Regarding Privacy and Confidentiality:
> Halcyon Cabot Partners, Ltd. reserves the right to monitor and review the content of all e-mail communications sent and/or received by its employees.
> This material has been prepared for informational purposes only. While it is based on information generally available to the public from sources we believe to be reliable, no representation is made that the subject information is accurate or complete. Past performance is not a guarantee nor does it necessarily serve as an indicator of future results. Price and availability are subject to change without notice. Additional information is available upon request.
> Since Halcyon Cabot Partners, Ltd. is not a tax advisor, transactions requiring tax consideration should be reviewed carefully with your tax advisor. Similarly, Halcyon Cabot Partners, Ltd. is not a law firm and provides no legal opinions or legal advice.

1