# Exhibit E

July 01, 2013

    **PURCHASE AGREEMENT** ("Agreement") effective as of the 1st day of July, 2013 provides for the sale of Sixty Two Thousand Five Hundred (62,500) shares of common stock (the "Shares") of **The CODESMART Group Inc.**, a Nevada corporation (the "Company") at One Hundred Thousand USD ( $100,000) (the "Purchase Price") by and between **Michael Morris** (the "Seller") and **Abraxas Discala & Dounya Discala** (the "Buyer") on the following terms and conditions:

    1. **Sale and Purchase.** Subject to the terms and conditions hereof, at the Closing (as defined in paragraph 2 below), Seller agrees to sell, assign, transfer, convey and deliver to Buyer, and Buyer agrees to purchase from Seller, the Shares.

    2. **Closing.** The purchase of the Shares shall be consummated at a closing ("Closing") not later than September 1, 2013 unless extended by agreement of the parties hereto (the "Closing Date").

    3. **Purchase Price.** The Purchase Price for the Shares shall be paid on or before the Closing Date, by Buyer to Seller by good funds against delivery of the Shares in transferable form from Seller to Buyer.

    4. **Seller's Delivery.** On the Closing Date, the Seller shall deliver to Buyer the Shares together with a stock power or other instruction required for the transfer of the Shares to Buyer, conditioned upon Buyer's delivery of the Purchase Price.

    5. **Buyer's Delivery.** On the Closing Date, Buyer shall deliver to Seller the Purchase Price, conditioned upon Seller's delivery of the Shares.

    6. **Miscellaneous:**

    a. **Confidentiality.** Each party hereto agrees with the other party that, unless and until the transactions contemplated by this Agreement have been consummated, they and their representatives will hold in strict confidence all data and information obtained with respect to another party or any subsidiary thereof from any representative, officer, director or employee, or from any books or records or from personal inspection, of such other party, and shall not use such data or information or disclose the same to others, except: (i) to the extent such data is a matter of public knowledge or is required by law to be published; and (ii) to the extent that such data or information must be used or disclosed in order to consummate the transactions contemplated by this Agreement.

    b. **Entire Agreement.** This Agreement represents the entire agreement between the parties relating to the subject matter hereof. This Agreement alone fully and completely expresses the agreement of the parties relating to the subject matter hereof. This Agreement may not be amended or modified, except by a written agreement signed by all parties hereto.

    c. **Counterparts.** This Agreement may be executed in multiple counterparts, each of which shall be deemed an original and all of which taken together shall be but a single instrument.

    d.    **Expenses.** Each party herein shall bear all of their respective costs and expenses incurred in connection with the negotiation of this Agreement and in the consummation of the transactions provided for herein and the preparation thereof.

    e.    **Further Assurances, Cooperation.** Each party shall, upon reasonable request by the other party, execute and deliver any additional documents necessary or desirable to complete sale contemplated by this agreement. The parties hereto agree to cooperate and use their respective best efforts to consummate the transactions contemplated by this agreement.

    f.    **Governing Law.** This Agreement shall be construed (both as to validity and performance) and enforced in accordance with and governed by the laws of the state of Nevada applicable to agreements made and to be performed wholly within such jurisdiction and without regard to conflicts of laws.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed as of the date first above written.

**SELLER:**

_____
By: Michael Morris
Its:

**BUYER:**

_____
By: Abraxas Discala
Address: 10 Vincent Place, Rowayton, CT 06853
SS:

_____
By: Dounya Discala
Address: 10 Vincent Place, Rowayton, CT 06853
SS:

②