

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PH/MEB  
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 8, 2018

<u>Via E-mail</u>

Charles A. Ross, Esq.  
Trinity Centre  
111 Broadway, Suite 1401  
New York, NY 10006

Roland G. Riopelle  
Sercarz & Riopelle LLP  
810 Seventh Avenue, Suite 620  
New York, NY 10019

Amy Walsh, Esq.  
Orrick, Herrington & Sutcliffe LLP  
51 West 52nd Street  
New York, NY 10019

Maranda E. Fritz, Esq.  
Thompson Hine LLP  
335 Madison Avenue, 12th Floor  
New York, NY 10017

Re:  United States v. Discala, et al.
    <u>Criminal Docket No. 14-399 (S-1) (ENV)</u>

Dear Counsel:

Please find attached the government's list of 3500 material.  The 3500 material was sent separately by Fed-Ex.  The government reserves the right to supplement the 3500 material prior to trial.  Please note that where a law enforcement agent took notes and prepared reports of a prospective witness's statements, the reports and notes are included in both the agent's and the speaker's 3500 folders.

Very truly yours,

RICHARD P. DONOGHUE  
UNITED STATES ATTORNEY  
Acting United States Attorney

By:     /s/
Shannon C. Jones  
Patrick Hein  
Mark E. Bini  
Assistant U.S. Attorneys  
(718) 254-6379 (Jones)

Attachment (3500 List)

Cc:  Clerk of Court (ENV) (by ECF w/o attachment)