UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                                     14 CR 399 (ENV) (LB)

    -v.-

ABRAXIS J. DISCALA,
    also known as "AJ Discala," and
KYLEEN CANE

              Defendants.

------------------------------------------------------------X


**DEFENDANT KYLEEN CANE'S PROPOSED ADDITIONAL VOIR DIRE**



                                                       **Sercarz & Riopelle, LLP**
                                                       **810 Seventh Avenue, Suite 620**
                                                       **New York, New York 10019**
                                                       **(212) 586-4900**
                                                       **Fax: (212) 586-1234**

                                                       *Attorneys for Defendant Kyleen Cane*

1

## DEFENDANTS' PROPOSED ADDITIONAL VOIR DIRE

The Defendant Kyleen Cane ("Cane") respectfully requests that the Court include the following questions in its examination of prospective jurors, in addition to those proposed by the government, those contained in the jury questionnaires, and those the Court customarily asks. The Court is requested to pursue more detailed questioning if a particular juror's answer reveals that further inquiry is appropriate and, to conclude with an inquiry whether the particular fact or circumstance would affect the juror's ability to serve fairly and impartially.

### Parties, Witnesses, and Locations

(It is respectfully suggested that the Court have each individual associated with the Defense and Prosecution teams stand up as they are called.)

Does any juror know or has any juror had any dealings, directly, or indirectly, with the defendant, ABRAXAS DISCALA, or his attorneys, Charles Ross, Andrew Bowman, Hanwei Cheng and Thomas Sjoblom?

Does any juror know or has any juror had any dealings, directly, or indirectly, with the defendant, KYLEEN CANE, or her attorneys, Roland Riopelle and Robert Caliendo?

The United States Government is represented in this case, as in all cases brought in this District, by the United States Attorney for this District, who is Richard P. Donoghue.  The conduct of this trial will be handled by AUSAs Shannon Jones, Mark Bini, and Patrick Hein, and they will be assisted by Special Agent Michael Braconi of the of the Federal Bureau of Investigation and paralegal Michael Ishitani.  Does any juror know, or has any juror had any dealings, directly or indirectly, with any of these people or with any other member of the staff of the United States Attorney's Office for the Eastern District of New York?  Does any juror know, or has any juror had any dealings, directly or indirectly, with any other member of the staff of the FBI?

During the trial, you may hear from or hear evidence about the following people and companies:

### [A SEPARATE LIST WILL BE PROVIDED]

Do any of you know any of the people or companies I have just named? Have you heard of any of them prior to today?

One of the defendants, KYLEEN CANE, is a licensed attorney. Has any juror had an experience with an attorney or in any other way developed a bias or strong feeling for or against attorneys in general?

### ADDITIONAL INDIVIDUAL QUESTIONS FOR EACH JUROR

Does anyone else live with you in your home? Who?

Is anyone else who lives in your home employed? What does he/she do?

Do you consider yourself knowledgeable about the securities industry?

Do you invest in the stock market? If so, how often do you buy or sell stocks?

Do you regularly monitor the stock market by reading the business sections of newspapers, reading financial magazines, or watching television programs about the stock market, investments and the economy?

Have you ever taken a trip to Las Vegas?

Do you ever gamble for entertainment or pleasure?

What newspaper, periodical or internet news source do you use most often to learn about the events of the day?

What is your favorite television program?

Do you have a favorite book? What book is on your nightstand right now?

Do you regularly attend religious services?

Could you please name one historical figure that you admire?

The defendants reserve their right to request additional voir dire depending on the prospective jurors' answers to the proposed questions above, and to any other questions propounded by the Court.

Dated: New York, New York
       March 23, 2018

                                        SERCARZ & RIOPELLE, LLP

                    By:    *Roland G. Riopelle*_____
                             Roland G. Riopelle, Esq.
                             Robert Caliendo, Esq.
                             810 Seventh Avenue, Suite 620
                             New York, NY 10019
                             (212) 586-4900

                             *Attorneys for Defendant*
                             *Kyleen Cane*